### 18386. BROWN *v.* BROWN.

HAWKINS, Justice. This being a rule to enforce the payment of alleged past due and unpaid weekly instalments of permanent alimony awarded to the minor child of the plaintiff and the defendant by a decree dated November 6, 1944, which this court has held in *Brown* v. *Brown,* ante, was not affected by the subsequent voluntary cohabitation of the husband and wife, it was error for the trial judge to abate and dismiss this proceeding on motion, because of the pendency of a proceeding for divorce, temporary and permanent alimony for herself and child and for attorney's fees, brought by the wife of the defendant after a separation which took place following the voluntary cohabitation, that proceeding and the present rule for contempt, while between the same parties, not being for the same cause of action. *Underwood* v. *Underwood,* 139 *Ga.* 241 (77 S. E. 46); *Mosely* v. *Mosely,* 181 *Ga.* 543 (182 S. E. 849); *Dempsey* v. *Dempsey,* 203 *Ga.* 225 (46 S. E. 2d 156). See also, in this connection, *Varble* v. *Hughes,* 205 *Ga.* 29 (52 S. E. 2d 303); *Wright* v. *Wright,* 205 *Ga.* 524 (54 S. E. 2d 596).

*Judgment reversed. All the Justices concur, except Duckworth, C. J., not participating.*

ARGUED OCTOBER 13, 1953—DECIDED NOVEMBER 12, 1953.

*Virginia Webb, W. Stanford Willis,* for plaintiff in error.
*Ernest C. Britton, Paul Blanchard,* contra.